## EL PUEBLO *v.* CINTRÓN.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 95.—Resuelto en noviembre 11, 1907.

SEDUCCIÓN—PRUEBAS—TESTIMONIO DE LA DENUNCIANTE.—En las causas por se-ducción, el solo testimonio de la denunciante, es suficiente para fundar en él una declaración de culpabilidad, sin que sea necesario que esté corroborado por prueba alguna.

ID.—NUEVO JUICIO—VEREDICTO CONTRARIO Á LAS PRUEBAS—DESCUBRIMIENTO DE NUEVAS PRUEBAS.—Cuando la moción se funde en que el veredicto no está justificado por las pruebas, y éstas no se hubieren incluído en una relación de hechos ó pliego de excepciones, tal fundamento no podrá considerarse en apela-ción; y si se alegare, también como fundamento de la moción, el descubri-miento de nuevas pruebas, y éstas tendieren simplemente á impugnar la veracidad de los testigos de cargo, no constituye ello motivo suficiente para conceder el nuevo juicio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Boerman.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por el acusado contra sentencia dictada por la Corte de Distrito de Ponce. Dicha sentencia le condenó á sufrir un año de presidio y al pago de las costas, estando fundada la misma en una acu-sación que le imputaba el delito de seducción bajo promesa de matrimonio de la joven Cruz del Valle, soltera y hasta en-tonces reputada como pura. Se celebró juicio por jurados.

Antes del pronunciamiento de la sentencia en corte infe-rior, el acusado presentó una moción para nuevo juicio, fun-dándola en varios motivos, siendo el primero, que la declara-ción de la denunciante era la única que había respecto al trato carnal, y que tal prueba no era por sí suficiente para declarar culpable al acusado. No se ha presentado pliego de excep-ciones, ni relación de hechos ante el tribunal, siendo, por tanto, imposible determinar la naturaleza de la declaración

dada. Además, en el caso del *Pueblo de Puerto Rico* contra *Salustiano Rodríguez,* resuelto en 29 de junio de 1906, esta corte resolvió, siguiendo la jurisprudencia general sobre la materia, que, en juicios por seducción, la declaración de la ofendida es bastante para basar en ella un veredicto de culpabilidad.

Otro fundamento que también se alegó para que se concediera un nuevo juicio, fué el de que el acusado había encontrado nuevas pruebas que no pudieron aportarse durante el juicio. Esta nueva prueba solamente atacaba la credibilidad del testigo de cargo. Esto no es motivo suficiente para conceder un nuevo juicio. Hace referencia á este particular el caso de *Pueblo* v. *McCurdy* anotado en 68 California, página 576, citándose otras autoridades en el volumen 16 de la Enciclopedia Americana é Inglesa de Ley en la página 572.

Además, no hay nada ante Nos que pueda destruir la presunción de que la corte ejercitó una sana discreción al denegar la moción. No habiendo encontrado error alguno en los autos, la sentencia de la corte de distrito debe confirmarse.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociado MacLeary.

Los Jueces Asociados Sres. Hernández y Figueras, no intervinieron en la resolución de este caso.